**DISMISS and Opinion Filed March 21, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-00984-CR**

**NATASHA FERNETTE REED, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-63868-R**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Myers, and Justice Evans
Opinion by Chief Justice Wright

Nathasha Fernette Reed was convicted, following the adjudication of her guilt, of possession with intent to deliver cocaine in an amount of one gram or more but less than four grams. Pursuant to a plea agreement, appellant pleaded true to the allegation in the motion to adjudicate and was sentenced to two years' imprisonment. Appellant waived her right to appeal as part of the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified that appellant waived her right to appeal. *See Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); Tex. R. App. P. 25.2(d). We dismiss the appeal for want of jurisdiction.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

Do Not Publish
Tex. R. App. P. 47
120984F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NATASHA FERNETTE REED, Appellant

No. 05-12-00984-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F08-63868-R.
Opinion delivered by Chief Justice Wright, Justices Myers and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered March 21, 2013.


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE